IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-52613-CAG |
| | § | |
| GEORGE ALLEN DRISKELL JR. | § | |
| ALEJANDRA ALVAREZ DE DYER | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 CASE |

_____

**NOTICE OF ENTRY OF
FIRST AMENDED AND EXTENDED TEMPORARY RESTRAINING ORDER
AND ASSET FREEZE AS TO GEORGE ALLEN DRISKELL, JR. AND ALEJANDRA
DRISKELL A/K/A ALEJANDRA ALVAREZ DE DYER**

_____

Notice is hereby given to interested parties that the attached First Amended and Extended Temporary Restraining Order and Asset Freeze As To George Allen Driskell, Jr. and Alejandra Driskell A/K/A Alejandra Alvarez De Dyer was entered on November 4, 2014  in Cause No. 2014-CI-15005 currently pending in the 407th Judicial District Court of Bexar County, Texas.

For additional information you may contact the Chapter 7 Trustee or the following attorneys for the State of Texas:

VALERIA SARTORIO
SBN 24073758
valeria.sartorio@texasattorneygeneral.gov
KARYN A. MEINKE
SBN 24032859
JAMES E. CUSTER
SBN 24004605
Assistant Attorneys General
Consumer Protection Division
115 E. Travis, Suite 925
San Antonio, Texas 78205
Telephone (210) 225-4191
Fax (210) 225-1075

Dated: November 5, 2014

*/s/ Jose C. Rodriguez*
Jose C. Rodriguez
State Bar No. 17146450
342 W. Woodlawn, Ste. 103
San Antonio, TX  78212
Telephone: (210) 738-8881
Telefax: (210) 738-8882

---

## CERTIFICATE OF SERVICE

---

      I, Jose C. Rodriguez, do hereby certify that a true and correct copy of the Notice of Entry of First Amended and Extended Temporary Restraining Order and Asset Freeze As To George Allen Driskell, Jr. and Alejandra Driskell A/K/A Alejandra Alvarez De Dyer was sent by United States First Class mail postage pre-paid on this the  5th  day of  November , 2014 to the following:

George Allen Driskell Jr.
Alejandra Alvarez De Dyer
62 Falls Terrace
Boerne, TX  78015
**Debtors**

Joris Robert Vanhemelrijck
Vanhemelrijck Law Offices, LP
1100 NW Loop 410, Suite 215
San Antonio, TX  78213
**Counsel for Debtors**

U.S. Trustee
P.O. Box 1539
San Antonio, TX  78295

*/s/ Jose C. Rodriguez*



CAUSE NO. 2014-CI-15005

| | | |
|---|---|---|
| STATE OF TEXAS,<br>   Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§ | |
| GEORGE ALLEN DRISKELL, JR.,<br>ALEJANDRA DRISKELL A/K/A<br>ALEJANDRA ALVAREZ DE DYER<br>D/B/A DRISKELL ALEJANDRA LEGAL<br>ASSISTANCE SERVICES,<br>AMY LOUISE MONKMAN,<br>LAURA MARIA HERNANDEZ, AND<br>OMAR DIAZ,<br>   Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 407TH JUDICIAL DISTRICT<br><br><br>BEXAR COUNTY, TEXAS |

### FIRST AMENDED AND EXTENDED TEMPORARY RESTRAINING ORDER AND ASSET FREEZE AS TO GEORGE ALLEN DRISKELL, JR. AND ALEJANDRA DRISKELL A/K/A ALEJANDRA ALVAREZ DE DYER

On this the 4th day of November, 2014, the Court considered the request of the parties to this agreement in the above-referenced matter to extend the *Ex Parte* Temporary Restraining Order and Asset Freeze signed by the Court on October 21, 2014. After examining the pleadings and noting the agreement of the parties, the Court determines that the request should be GRANTED.

As a result, the *Ex Parte* Temporary Restraining Order and Asset Freeze is extended as follows:

Plaintiff, STATE OF TEXAS ("State"), filed its *First Amended Original Verified Petition, Application for Temporary Restraining Order with Asset Freeze, and Application for Temporary and Permanent Injunctions* on October 20, 2014. In its Petition, Plaintiff presented its request for an *ex parte* Temporary Restraining Order and Asset Freeze as to Defendants **GEORGE ALLEN DRISKELL, JR., ALEJANDRA DRISKELL A/K/A ALEJANDRA ALVAREZ DE DYER D/B/A DRISKELL ALEJANDRA LEGAL ASSISTANCE**

*State of Texas v. George Allen Driskell, Jr. et al.*
First Amended and Extended Temporary Restraining Order and Asset Freeze     Page 1 of 15
Case Number: 2014CI15005     Document Type: FIRST AMENDED AND TEXTENDED TEMPORARY RESTRAINING OR
Page 1 of 16

SERVICES ("Driskells") and an *ex parte* Temporary Restraining Order as to Defendant OMAR

DIAZ ("Diaz"). The Court FINDS that the Driskells appear to be violating §§ 17.46(a) and (b)

of the Texas Deceptive Trade Practices–Consumer Protection Act, Tex. Bus. & Com. Code

§§ 17.41 *et seq.* ("DTPA"). It appears from facts set forth in *Plaintiff's First Amended Original*

*Verified Petition, Application for Temporary Restraining Order with Asset Freeze, and*

*Application for Temporary and Permanent Injunctions* and the exhibits attached thereto, that

unless the Driskells are immediately restrained from the acts and practices prohibited below, the

Driskells will continue to commit such acts and practices before notice can be given and a

hearing can be held on the State's request for a Temporary Injunction. Furthermore, the

Driskells will not only continue to use deceptive tactics and misrepresentations in the course of

trade and commerce, but may well dissipate and secrete their assets before a Temporary

Injunction hearing can be held and a Final Judgment for restitution can be rendered by this

Court. Such injury would be irreparable because continued violations of the DTPA may well

cause more Texas consumers to lose money through deceptive transactions. Given the likelihood

of the dissipation of the Driskells' assets prior to rendition of a Final Judgment, the possibility of

restitution for Texas consumers will be remote unless an order freezing certain assets is granted.

Furthermore, GEORGE ALLEN DRISKELL, JR. and ALEJANDRA DRISKELL

A/K/A ALEJANDRA ALVAREZ DE DYER filed for bankruptcy under Chapter 7 of the

Bankruptcy Code on October 14, 2014, case number 14-52613, in the United States Bankruptcy

Court for the Western District of Texas, San Antonio Division. The State and the Bankruptcy

Trustee are working to harmonize the goals of state law and bankruptcy law including, but not

limited to, the resolution of the Asset Freeze. In the event that a resolution cannot be achieved

*State of Texas v. George Allen Driskell, Jr. et al.*
First Amended and Extended Temporary Restraining Order and Asset Freeze   Page 2 of 15
Case Number: 2014CI15005   Document Type: FIRST AMENDED AND TEXTENDED TEMPORARY RESTRAINING OF
Page 2 of 16

between the State and the Bankruptcy Trustee, the parties will pursue resolution through the bankruptcy court.

### DEFINITIONS

1.     **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, as used in this Order, the following terms are defined as follows:

a.     "Consumer" means an individual, person, sole proprietorship, partnership, corporation, firm, or entity of any kind, however organized, including this state, or a subdivision or agency of this state who seeks or acquires, by purchase or lease, any goods or services;

b.     "Defendant(s)" means **GEORGE ALLEN DRISKELL, JR. and ALEJANDRA DRISKELL A/K/A ALEJANDRA ALVAREZ DE DYER D/B/A DRISKELL ALEJANDRA LEGAL ASSISTANCE SERVICES,** their successors, assigns, officers, agents, subcontractors, servants, employees, corporations, and any other persons in active concert or participation with them;

c.     "Defendants' businesses" means any other sole proprietorship, firm, partnership, corporation, association, joint venture or other group, or business entity of any kind or form, however organized, that sells or offers to sell any type of immigration, legal, or bond- related service or product to any consumer;

d.     "Representing," "selling," "marketing," "promoting," "distributing," "advertising," or "soliciting" means any type of contact with a consumer or entity for the purpose of requesting, persuading, or seeking any type of contribution, sponsorship, compensation, or anything of value from said consumer or entity for any reason whatsoever, including use of the Internet;

*State of Texas v. George Allen Driskell, Jr. et al.*
First Amended and Extended Temporary Restraining Order and Asset Freeze          Page 3 of 15
Case Number: 2014CI15005          Document Type: FIRST AMENDED AND TEXTENDED TEMPORARY RESTRAINING OF
          Page 3 of 16

e.    "Trade" and "commerce," as defined by section 17.45(6) of the DTPA, means the advertising, offering for sale, sale, lease, or distribution of any good or service, of any property, tangible or intangible, real, personal, or mixed, and any other article, commodity, or thing of value, wherever situated, and shall include any trade or commerce directly or indirectly affecting the people of this state;

f.    "Person" means an individual, sole proprietorship, firm, partnership, corporation, association, joint venture or other group, or business entity, however organized;

g.    "Immigration services" means services which pertain in any way to immigration;

h.    "Notarial services" means services which pertain in any way to services that may be offered by a notary public;

i.    "Legal services" means services which pertain to the preparation of a document incident to an action/special proceeding, the management of the action or proceeding on behalf of a client before a court or other adjudicatory entity, the giving of legal advice, or the rendering of any service requiring the use of legal skill or knowledge that only a duly licensed attorney may provide;

j.    "Compensation" means money, service, facility, or other thing of value or financial benefit that is received or is to be received in return for or in connection with services rendered or to be rendered, as defined in section 305.002 of the Texas Government Code;

k.    "Chapter 7 Trustee" means Jose C. Rodriguez (Texas SBN 17146450), or his successor as duly appointed Trustee of the Bankruptcy Estate of **GEORGE ALLEN DRISKELL, JR.** and **ALEJANDRA DRISKELL A/K/A ALEJANDRA ALVAREZ**

*State of Texas v. George Allen Driskell, Jr. et al.*
First Amended and Extended Temporary Restraining Order and Asset Freeze
Case Number: 2014CI15005

Page 4 of 15
Document Type: FIRST AMENDED AND TEXTENDED TEMPORARY RESTRAINING OF
Page 4 of 16

**DE DYER**, case number 14-52613, now pending in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division; and

1.  The singular shall be deemed to include the plural and the feminine shall be deemed to include the masculine, the disjunctive ("or") shall be deemed to include the conjunctive ("and"), the conjunctive ("and") shall be deemed to include the disjunctive ("or"), and each of the functional words, ("each," "every," "any," and "all") shall be deemed to include each of the other functional words.

## RESTRAINING ORDER

2.  **IT IS FURTHER ORDERED** that Defendants **GEORGE ALLEN DRISKELL, JR.** and **ALEJANDRA DRISKELL A/K/A ALEJANDRA ALVAREZ DE DYER D/B/A DRISKELL ALEJANDRA LEGAL ASSISTANCE SERVICES**, their officers, agents servants, employees, and any other persons in active concert or participation with them, who receive actual notice of this Order by personal service or otherwise, whether acting directly or through any trust, corporation, subsidiary, division, or other devise, shall be restrained from engaging in the following acts or practices, to wit:

    a.    Transferring, concealing, destroying, or removing from the jurisdiction of this Court any books, records, documents, or other written or computer-generated materials that relate to Defendants' businesses that are currently or hereafter in Defendants' possession, custody or control, EXCEPT by doing so to the Chapter 7 Trustee pursuant to bankruptcy law;

    b.    Transferring, withdrawing, liquidating, spending, concealing, encumbering, removing, dissipating, distributing, assigning, granting a lien or security interest in, or otherwise disposing of any funds, real or personal property, accounts, contracts,

*State of Texas v. George Allen Driskell, Jr. et al.*
First Amended and Extended Temporary Restraining Order and Asset Freeze
Case Number: 2014CI15005
Document Type: FIRST AMENDED AND TEXTENDED TEMPORARY RESTRAINING OR
Page 5 of 15
Page 5 of 16

agreements, shares of stock, or other assets, or any interest therein, wherever located, that are:

 i.   owned, controlled, or held by, in whole or in part, for the benefit of, or subject to access by, or belonging to Defendants, EXCEPT by doing so to the Chapter 7 Trustee pursuant to bankruptcy law;

 ii.   in the actual or constructive possession of Defendants, EXCEPT by doing so to the Chapter 7 Trustee pursuant to bankruptcy law ; or

 iii.   in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, or belonging to, any other corporation, trust, or other entity directly or indirectly owned, managed, controlled by, or under the common control of Defendants, EXCEPT by doing so to the Chapter 7 Trustee pursuant to bankruptcy law;

c.   Allowing the transfer or withdrawal of funds or other assets that are:

 i.   owned, controlled, or held by, in whole or in part, for the benefit of, or subject to access by, or belonging to Defendants, including but not limited to, any accounts to which Defendants have signatory authority and any accounts in which Defendants own any interest, EXCEPT by doing so to the Chapter 7 Trustee pursuant to bankruptcy law;

 ii.   in the actual or constructive possession of Defendants, EXCEPT by doing so to the Chapter 7 Trustee pursuant to bankruptcy law; or

 iii.   in the actual or constructive possession of, or owned, controlled or held by, or subject to access by, or belonging to, any other corporation, partnership, trust, or any other entity directly or indirectly owned,

*State of Texas v. George Allen Driskell, Jr. et al.*
First Amended and Extended Temporary Restraining Order and Asset Freeze
Case Number: 2014CI15005

Page 6 of 15
Document Type: FIRST AMENDED AND TEXTENDED TEMPORARY RESTRAINING OR
Page 6 of 16

managed, or controlled by, or under common control of Defendants, EXCEPT by doing so to the Chapter 7 Trustee pursuant to bankruptcy law;

d.    Opening or causing to be opened any safe deposit boxes, commercial mail boxes, or storage facilities titled in the name of Defendants or subject to access, ownership, or control by Defendants, without providing the State, the Chapter 7 Trustee, and the Court prior notice by motion seeking such access;

e.    Failing to provide within three (3) business days after actual notice of the *ex parte* Temporary Restraining Order with Asset Freeze by personal service or otherwise, a full and complete description of Defendants' assets and their locations as well as all interests in any of Defendants' assets;

f.    Advertising via print, billboard, Internet, social media, or through any other means immigration or bond services;

g.    Offering for sale, selling, soliciting, or providing immigration services unless Defendants are duly licensed attorneys or properly accredited by the BIA;

h.    Failing to honor any requests by consumers (before and after this Court's order) to rescind any agreements or contracts with Defendants without further obligation and failing to cease any and all collection efforts until further order of this Court;

i.    Harassing or threatening consumers with deportation or other legal action;

j.    Operating a notary public business until further order of this Court;

k.    Requesting/obtaining a notary public commission until further order of this Court;

*State of Texas v. George Allen Driskell, Jr. et al.*
First Amended and Extended Temporary Restraining Order and Asset Freeze
Case Number: 2014CI15005

Page 7 of 15
Document Type: FIRST AMENDED AND TEXTENDED TEMPORARY RESTRAINING OR
Page 7 of 16

l.    Accepting money or valuable consideration in exchange for providing immigration services unless Defendants are duly licensed attorneys or properly accredited by the BIA;

m.    Accepting money or valuable consideration from any person seeking assistance to obtain a benefit under U.S. immigration laws for himself/herself or any other person unless Defendants are duly licensed attorneys/properly accredited by the BIA;

n.    Advising any person whether to file a petition, application, or seek any form of relief to obtain a benefit under U.S. immigration laws for himself/herself or any other person unless Defendants are duly licensed attorneys or properly accredited by the BIA;

o.    Preparing for any person a petition, application, or other form(s) to obtain a benefit under U.S. immigration laws for himself/herself or any other person unless Defendants are duly licensed attorneys or properly accredited by the BIA;

p.    Holding themselves out to the public as "attorneys," "immigration specialists," "immigration counselors," "immigration consultants," or the like, and by any title or designation incorporating the word "immigration" or an abbreviation thereof unless Defendants are duly licensed attorneys or properly accredited by the BIA;

q.    Representing, directly or by implication, that Defendants have the skill, expertise, or competence to handle immigration matters unless Defendants are properly accredited by the BIA;

r.    Showing, directly or by implication, any affiliation, connection, or association of an address or telephone number in the United States with an immigration service in another country;

*State of Texas v. George Allen Driskell, Jr. et al.*
First Amended and Extended Temporary Restraining Order and Asset Freeze                    Page 8 of 15
Case Number: 2014CI15005                    Document Type: FIRST AMENDED AND TEXTENDED TEMPORARY RESTRAINING OF
                                            Page 8 of 16

s.      Advertising, offering for sale, selling, or performing notarial services until further notice of this Court;

t.      Accepting money or valuable consideration for performing notarial services until further notice of this Court; and

u.      Representing, directly or by implication, that this Court, the BIA, ICE, DHS, or Office of the Attorney General have approved any good or service sold or offered for sale by Defendants, or approved of any of Defendants' business practices.

3.      **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the above-referenced injunctive terms are intended to effectively prevent such activity by **GEORGE ALLEN DRISKELL, JR. and ALEJANDRA DRISKELL A/K/A ALEJANDRA ALVAREZ DE DYER D/B/A DRISKELL ALEJANDRA LEGAL ASSISTANCE SERVICES** and any attempt to conduct such activity through another person or entity in circumvention of this injunction shall be deemed a violation of the injunction.

### ASSET FREEZE

4.      **IT IS FURTHER ORDERED** that Defendants **GEORGE ALLEN DRISKELL, JR. and ALEJANDRA DRISKELL A/K/A ALEJANDRA ALVAREZ DE DYER D/B/A DRISKELL ALEJANDRA LEGAL ASSISTANCE SERVICES**, their officers, agents, servants, employees, and any other persons or entities in active concert or participation with them[1], and all financial institutions such as Wells Fargo[2], Capital One[3], Bank of America[4], and

---

[1] This term does NOT apply to the Chapter 7 Trustee to the extent that it contravenes his duties and obligations under federal bankruptcy law. The State and the Chapter 7 Trustee are working to harmonize the goals of state law and bankruptcy law including, but not limited to, the resolution of the Asset Freeze.

[2] **Known** accounts at bank subject to this Order include, but are not limited to, account numbers XXXXXX5126, XXXXXX7741, and XXXXXX8884.

[3] **Known** accounts at bank subject to this Order include, but are not limited to, account numbers XXXXXX0281, XXXXXX2099, XXXXXX9476, and XXXXXX4915.

*State of Texas v. George Allen Driskell, Jr. et al.*
First Amended and Extended Temporary Restraining Order and Asset Freeze          Page 9 of 15
Case Number: 2014CI15005          Document Type: FIRST AMENDED AND TEXTENDED TEMPORARY RESTRAINING OR
          Page 9 of 16

JP Morgan Chase[5] holding money or assets of any kind in the name and/or for the benefit of the above-named Defendants, who receive actual notice of this Order by personal service or otherwise, whether acting directly or through any trust, corporation, subsidiary, division or other devise, **SHALL BE RESTRAINED** from engaging in the following acts or practices:

   a.   Transferring, spending, hypothecating, concealing, encumbering, withdrawing, removing, dissipating, distributing, or allowing the transfer, removal, withdrawal or encumbering from any financial institution or from any other entity or location or from the jurisdiction of this Court, any money, cash, stocks, bonds, assets, notes, equipment, funds, accounts receivable, policies of insurance, trust agreements, or other property, real, personal or mixed, wherever situated, belonging to or owned by, in possession or custody of, standing in the name of, or claimed by Defendants, EXCEPT by doing so to the Chapter 7 Trustee pursuant to bankruptcy law; and

   b.   Opening or causing to be opened any safe deposit boxes or storage facilities titled in the name of Defendants, or subject to access or control by Defendants, without providing Plaintiff, the Chapter 7 Trustee, and the Court prior notice by motion seeking such access.

5.   IT IS FURTHER ORDERED that Defendants **GEORGE ALLEN DRISKELL, JR.** and **ALEJANDRA DRISKELL A/K/A ALEJANDRA ALVAREZ DE DYER D/B/A DRISKELL ALEJANDRA LEGAL ASSISTANCE SERVICES**, their officers, agents, servants, employees, and any other persons or entities in active concert or participation with

---

[4] *Known* accounts at bank subject to this Order include, but are not limited to, account numbers XXXXXX0568, XXXXXX7067, XXXXXX6947, XXXXXX6921, and XXXXXX7059.

[5] *Known* accounts at bank subject to this Order include, but are not limited to, account numbers XXXXX1138, XXXXX2342, and XXXXX7872.

*State of Texas v. George Allen Driskell, Jr. et al.*
First Amended and Extended Temporary Restraining Order and Asset Freeze          Page 10 of 15
Case Number: 2014CI15005                    Document Type: FIRST AMENDED AND TEXTENDED TEMPORARY RESTRAINING OR
                                                                        Page 10 of 16

them, are prohibited from transferring, spending, encumbering, withdrawing, or removing any sum of money from any accounts, assets or property referenced in Paragraph 4 of this Order; or from any and all other such account(s) and assets where monies or proceeds from the operation of Defendants' businesses have been used, placed, deposited, transferred, invested or commingled.

However, Defendants **GEORGE ALLEN DRISKELL, JR.** and **ALEJANDRA DRISKELL A/K/A ALEJANDRA ALVAREZ DE DYER D/B/A DRISKELL ALEJANDRA LEGAL ASSISTANCE SERVICES** are not prohibited from expending monies for reasonable living expenses and attorney fees from other assets standing in their names which have not and do not contain monies or proceeds from the operation of Defendants **GEORGE ALLEN DRISKELL, JR.** and **ALEJANDRA DRISKELL A/K/A ALEJANDRA ALVAREZ DE DYER D/B/A DRISKELL ALEJANDRA LEGAL ASSISTANCE SERVICES** or other related business operations[6].

6.      **IT IS FURTHER ORDERED** that if any of the parties, persons, or entities referenced in this section of the Order agree in writing, through their authorized representatives or counsel, to specify that certain assets of Defendants **GEORGE ALLEN DRISKELL, JR.** and **ALEJANDRA DRISKELL A/K/A ALEJANDRA ALVAREZ DE DYER D/B/A DRISKELL ALEJANDRA LEGAL ASSISTANCE SERVICES** be or remain frozen and/or that certain assets be released from the asset freeze ordered herein, pending the completion of any scheduled Temporary Injunction hearing, then such parties or entities may request this Court to do so. **IT IS ORDERED** that any bank, financial institution, person, or other entity holding

---

[6] This term does NOT apply to the Chapter 7 Trustee to the extent that it contravenes his duties and obligations under federal bankruptcy law. The State and the Chapter 7 Trustee are working to harmonize the goals of state law and bankruptcy law including, but not limited to, the resolution of the Asset Freeze.

*State of Texas v. George Allen Driskell, Jr. et al.*
First Amended and Extended Temporary Restraining Order and Asset Freeze                Page 11 of 15
Case Number: 2014CI15005                     Document Type: FIRST AMENDED AND TEXTENDED TEMPORARY RESTRAINING OR
                                                          Page 11 of 16

funds in the name of or for the benefit of any party, person, or entity referenced in this section of the Order, shall comply with any written directive relating to the freezing or unfreezing of any bank account or asset referenced in this Order, without further order of this Court pending any scheduled Temporary Injunction hearing, provided such written directive is signed by an Assistant Attorney General representing the STATE OF TEXAS **and** an authorized representative or attorney of such Defendant, person, or entity with custody or control of the bank account or asset involved[7].

7.     **IT IS FURTHER ORDERED** that Defendants **GEORGE ALLEN DRISKELL, JR. and ALEJANDRA DRISKELL A/K/A ALEJANDRA ALVAREZ DE DYER D/B/A DRISKELL ALEJANDRA LEGAL ASSISTANCE SERVICES,** or their authorized representative advise any financial or brokerage institution, escrow agent, title company, storage facility, commodity trading company, business entity or person maintaining or having custody or control of any account or other asset of Defendants, within five (5) business days of the date of service of this Order, to provide to counsel for the State, the Chapter 7 Trustee, and the Defendant/account-holder a statement or letter setting forth:

      a.     The identification of each account or asset titled in the name, individually or jointly, of Defendants, or held on behalf of, or for the benefit of, Defendants;

      b.     The balance of each such account, or a description and estimated value of such assets, as of the close of business on the day on which this Order is served, and provide to the Office of the Attorney General a monthly balance on each account;

---

[7] This term does NOT apply to the Chapter 7 Trustee to the extent that it contravenes his duties and obligations under federal bankruptcy law. The State and the Chapter 7 Trustee are working to harmonize the goals of state law and bankruptcy law including, but not limited to, the resolution of the Asset Freeze.

*State of Texas v. George Allen Driskell, Jr. et al.*
First Amended and Extended Temporary Restraining Order and Asset Freeze        Page 12 of 15
Case Number: 2014CI15005      Document Type: FIRST AMENDED AND TEXTENDED TEMPORARY RESTRAINING OR
Page 12 of 16

c.    If the account(s) or other asset(s) has been closed or removed, the date closed or removed, the total funds removed in order to close the account, and the name of the person or entity to whom such account or other assets was transferred or remitted; and

d.    The identification of any safe deposit box or storage facility that is in the name individually or jointly of Defendants, or is otherwise subject to access or control by Defendants.

8.    **IT IS FURTHER ORDERED** that any financial or brokerage institution, escrow agent, title company, storage facility, commodity trading company, business entity or person maintaining or having custody or control of any account or other asset of Defendants **GEORGE ALLEN DRISKELL, JR.** and **ALEJANDRA DRISKELL A/K/A ALEJANDRA ALVAREZ DE DYER D/B/A DRISKELL ALEJANDRA LEGAL ASSISTANCE SERVICES**, shall hold such funds or assets in Trust for the benefit of the owner of those funds, said owners to be determined by agreement of the parties or by Order of this Court.

## FURTHER ORDERS

9.    **IT IS FURTHER ORDERED** that Defendants in this cause be and hereby are commanded forthwith to comply with this Order from the date of entry until and to the sixtieth (60) day after entry, or until further order of this Court, whichever is less.

10.    The Clerk of the above-entitled Court shall forthwith issue an Amended and Extended Temporary Restraining Order in conformity with the law and the terms of this Order. This Order shall be effective without the execution and filing of a bond, as the STATE OF TEXAS is exempt from such bond pursuant to Tex. Bus. & Com. Code § 17.47(b).

*State of Texas v. George Allen Driskell, Jr. et al.*
First Amended and Extended Temporary Restraining Order and Asset Freeze    Page 13 of 15
Case Number: 2014CI15005    Document Type: FIRST AMENDED AND TEXTENDED TEMPORARY RESTRAINING OR
Page 13 of 16

~~H. Hearing on the STATE OF TEXAS' Application for Temporary Injunction is hereby set for the ___ day of _____, 2014, at _____ o'clock ___. m. in Presiding District Court, 100 Dolorosa, Room 109, San Antonio, Texas 78205.~~ NO

SIGNED this 4th day of November 2014.

_____
**JUDGE PRESIDING**

**AGREED AS TO SUBSTANCE AND FORM AND ENTRY REQUESTED:**

_Valeria Sartorio_
**VALERIA SARTORIO**
SBN 24073758
valeria.sartorio@texasattorneygeneral.gov
**KARYN A. MEINKE**
SBN 24032859
**JAMES E. CUSTER**
SBN 24004605
**Assistant Attorneys General**
**Consumer Protection Division**
115 E. Travis, Suite 925
San Antonio, Texas 78205
Telephone (210) 225-4191
Fax (210) 225-1075
*Attorneys for Plaintiff, State of Texas*

_____
**JOSE C. RODRIGUEZ**
SBN 17146450
342 W. Woodlawn Avenue, Suite 103
San Antonio, Texas 78212  *SOLELY IN MY CAPACITY AS*
*Chapter 7 Trustee for George Allen Driskell, Jr.*
*and Alejandra Driskell a/k/a Alejandra Alvarez de Dyer,*
*Defendants*

*State of Texas v. George Allen Driskell, Jr. et al.*
First Amended and Textended Temporary Restraining Order and Asset Freeze
Page 14 of 15
Case Number: 2014CI13003    Document Type: FIRST AMENDED AND TEXTENDED TEMPORARY RESTRAINING OR
Page 14 of 16



**GEORGE ALLEN DRISKELL, JR.**
62 Falls Terrace
Boerne, Texas 78015
*Pro Se Defendant*

**ALEJANDRA DRISKELL A/K/A**
**ALEJANDRA ALVAREZ DE DYER**
62 Falls Terrace
Boerne, Texas 78015
*Pro Se Defendant*

1
1
7
0
4
2
0
1
4
V
O
L
4
3
0
0
P
G
1
6
4
4

*State of Texas v. George Allen Driskell, Jr. et al.*
First Amended and Extended Temporary Restraining Order and Asset Freeze      **Page 15 of 15**
Case Number: 2014CI15005      Document Type: FIRST AMENDED AND TEXTENDED TEMPORARY RESTRAINING OR
Page 15 of 16

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY M\KINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT. WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*November 04, 2014*

**DONNA KAY M\KINNEY**
**BEXAR COUNTY, TEXAS**

By:

BARBARA SEGOVIA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

