## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>JK Harris and Company, LLC<br><br>Debtor. | Case No. 11-06254-jw<br><br>Chapter 11 |
| In re:<br><br>JK Harris Small Business Services, LLC<br><br>Debtor. | Case No. 11-06256-jw<br><br>Chapter 11 |

**FILED** at ___ O'clock & ___ min. ___ M
OCT 1 4 2011
United States Bankruptcy Court
Columbia, South Carolina (42)

## INTERIM ORDER GRANTING JOINT MOTION TO PLACE SCHEDULE F UNDER SEAL

**THIS MATTER** came before the Court for an expedited hearing pursuant to the Joint Emergency Motion of the Debtors and the State of Texas to Place Schedule F Under Seal (the "Motion"), which was filed on October 13, 2011.

Pursuant to the evidence before the Court, it appears that the identities and addresses of some of the Debtors' clients (upon information and belief, individuals in need of tax relief services) were disclosed in the Schedule F filed by the Debtors in these matters. It further appears that the Debtors may need to amend their schedules to add numerous other potential customer claimants. The State of Texas and the Debtors suggest that such information should be protected from public disclosure as this information arguably constitutes the sort of sensitive information that 11 U.S.C. § 107(b)(2) was designed to protect. The Motion requests that the identity of the Debtors' former and current clients be sealed, except that such information may be disclosed to certain essential parties, including the Court, the United States Trustee, the Debtors and their counsel, the Debtors' noticing agent (for mailing purposes), the South Carolina Attorney General's Office and the Texas Attorney General's Office (access limited specifically to the customers shown in the Debtor's original filed Schedule F only), and any consumer privacy ombudsman who may later be appointed.

Service of the Motion appearing proper under the circumstances, and having received no objections to the Motion, it is hereby:

**ORDERED** that the identity of the Debtors' former and current clients shall be sealed until further order of the Court, except that such information may be disclosed to certain essential parties, including the Court, the United States Trustee, the Debtors and their counsel, the Debtor's noticing agent (for mailing purposes), the South Carolina Attorney General's Office and the Texas Attorney General's Office (access limited specifically to the customers shown in the Debtors' original filed Schedule F only), and any consumer privacy ombudsman who may later be appointed.

It is further **ORDERED** that a final hearing will be held on the Motion on October 19, 2011 at 1:30 p.m. in the United States Bankruptcy Court for the District of South Carolina, located at 145 King Street, Room 225, Charleston, South Carolina, 29401.

It is further **ORDERED** that such parties with access to the identity and addresses of the Debtors' former and current clients shall keep the information confidential and shall not share such information with any other party without further order of this court.

It is further **ORDERED** that the Debtors shall immediately re-file their Schedule F in this matter with the identity of Debtors' former and current customers concealed.

**AND IT IS SO ORDERED.**

John E. Waites     10/14/11
John E. Waites           Date
U.S. Bankruptcy Court Judge
District of South Carolina

3