UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| DRISKELL JR., GEORGE ALLEN | § | Case No. 14-52613 CAG |
| DE DYER, ALEJANDRA ALVAREZ | § | |
| | § | |
| Debtors | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSE C. RODRIGUEZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
YVETTE TAYLOR
CLERK OF COURT
U.S. BANKRUPTCY COURT
P.O. BOX 1439
SAN ANTONIO, TX 78295-1439

TO: ALL CREDITORS AND OTHER PARTIES IN INTEREST.

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THE TRUSTEE'S FINAL REPORT. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE, TOGETHER WITH A REQUEST FOR A HEARING AND SERVE A COPY OF BOTH UPON THE TRUSTEE, ANY PARTY WHOSE APPLICATION IS BEING CHALLENGED AND THE UNITED STATES TRUSTEE, AT THE ADDRESSES SHOWN ON THE REVERSE SIDE HEREOF; OTHERWISE THE COURT MAY TREAT THE TRUSTEE'S FINAL REPORT AS UNOPPOSED AND GRANT THE RELIEF.

Date Mailed: 05/25/2016     By: JOSE C. RODRIGUEZ
                                 CHAPTER 7 TRUSTEE

JOSE C. RODRIGUEZ
342 W. Woodlawn, Ste. 103
San Antonio, TX 78212

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| DRISKELL JR., GEORGE ALLEN § | Case No. 14-52613 CAG |
| DE DYER, ALEJANDRA ALVAREZ § | |
| § | |
| Debtors § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 4,737.00 |
| and approved disbursements of | $ 80.00 |
| leaving a balance on hand of[1] | $ 4,657.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Ford Motor Credit Company LLC | $ 28,861.74 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 4,657.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSE C. RODRIGUEZ | $ 1,184.25 | $ 0.00 | $ 1,184.25 |
| Trustee Expenses: JOSE C. RODRIGUEZ | $ 588.34 | $ 0.00 | $ 588.34 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,772.59 |
| Remaining Balance | $ 2,884.41 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 488,985.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | The State of Texas | $ 449,297.70 | $ 0.00 | $ 2,650.30 |
| 000002 | eCAST Settlement Corporation, assignee | $ 2,608.66 | $ 0.00 | $ 15.39 |
| 000004 | Midland Credit Management, Inc. as | $ 619.79 | $ 0.00 | $ 3.66 |
| 000005 | Midland Credit Management, Inc. as | $ 923.75 | $ 0.00 | $ 5.45 |
| 000006 | Midland Credit Management, Inc. as | $ 892.98 | $ 0.00 | $ 5.27 |
| 000007 | Midland Credit Management, Inc. as | $ 917.95 | $ 0.00 | $ 5.41 |
| 000008 | Midland Credit Management, Inc. as | $ 1,117.12 | $ 0.00 | $ 6.59 |
| 000009 | US DEPT OF EDUCATION | $ 12,038.68 | $ 0.00 | $ 71.01 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | US DEPT OF EDUCATION | $ 6,976.06 | $ 0.00 | $ 41.15 |
| 000011 | AMERICAN EXPRESS BANK, FSB | $ 1,881.49 | $ 0.00 | $ 11.10 |
| 000012 | AMERICAN EXPRESS CENTURION BANK | $ 5,449.04 | $ 0.00 | $ 32.14 |
| 000013 | AMERICAN EXPRESS CENTURION BANK | $ 6,262.44 | $ 0.00 | $ 36.94 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,884.41 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSE C. RODRIGUEZ
CHAPTER 7 TRUSTEE

*JOSE C. RODRIGUEZ*
*342 W. Woodlawn, Ste. 103*
*San Antonio, TX 78212*

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.